IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES LP, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4572 |
| | : | |
| THE NEW YORK CITY DISTRICT | : | |
| COUNCIL OF CARPENTERS, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 13th day of August, 2002, upon consideration of Defendant's Motion to Dismiss (Docket No. 2), to which no response has been filed, it is hereby ORDERED that said Motion is GRANTED, and Plaintiff Sungard Recovery Services LP's Complaint against Defendant The New York City District Council of Carpenters is DISMISSED with PREJUDICE. This case is CLOSED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.